IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Maldonado Sr, Roberto | Case Number: 06 B 10289 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/22/08 | Filed: 8/22/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: November 16, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 39,648.00 | |
| Secured: | | 37,327.46 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 200.08 |
| Trustee Fee: | | 2,120.46 |
| Other Funds: | | 0.00 |
| Totals: | 39,648.00 | 39,648.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 345.20 | 200.08 |
| 2. | Select Portfolio Servicing | Secured | 45,459.32 | 30,997.58 |
| 3. | Dyck O'Neal Inc | Secured | 8,913.36 | 6,329.88 |
| 4. | Select Portfolio Servicing | Secured | 12,569.78 | 0.00 |
| 5. | Dyck O'Neal Inc | Secured | 2,358.33 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 545.82 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 164.68 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 1,838.28 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 864.43 | 0.00 |
| 10. | RoundUp Funding LLC | Unsecured | 39.43 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 1,539.44 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 32.00 | 0.00 |
| 13. | Illinois Dept of Revenue | Unsecured | 124.66 | 0.00 |
| 14. | Commonwealth Edison | Unsecured | 56.96 | 0.00 |
| 15. | Capital One | Unsecured | 199.71 | 0.00 |
| 16. | Premier Bankcard | Unsecured | 198.14 | 0.00 |
| 17. | Swedish Covenant Hospital | Unsecured | | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 19. | Armor Systems Co | Unsecured | | No Claim Filed |
| 20. | Direct Merchants | Unsecured | | No Claim Filed |
| 21. | Mile Square Health Center | Unsecured | | No Claim Filed |
| 22. | Norwegian Hospital ER Physicians | Unsecured | | No Claim Filed |
| 23. | SBC | Unsecured | | No Claim Filed |
| 24. | Citibank | Unsecured | | No Claim Filed |
| | | | $ 75,249.54 | $ 37,527.54 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Maldonado Sr, Roberto

Printed: 10/22/08

Case Number:  06 B 10289
Judge:  Wedoff, Eugene R
Filed:  8/22/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 667.58 |
| 5.4% | 1,081.08 |
| 6.5% | 371.80 |
|  | $ 2,120.46 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

